PROB 12C( 7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

2018 JUN 25  PM 3: 17

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Juan Martin Reyes-Montoya

**Case Number:** EP-18-CR-00319DB(1)  *(M-18-1320-M)*

**Name of Sentencing Judicial Officer:** David Briones, Senior U.S. District Judge

**Date of Original Sentence:** March 8, 2018

**Original Offense:** Improper Entry by Alien (Felony); 8 U.S.C. 1325

**Original Sentence:** Three (3) years non-reporting probation

**Type of Supervision:** Probation

**Date Supervision Commenced:** March 8, 2018

**Assistant U.S. Attorney:** Douglas Campbell Rennie     **Defense Attorney: Marie Romero-Martinez**

---

### PETITIONING THE COURT

[X]    To issue a warrant

[ ]    To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** The Defendant  shall not commit another federal, state, or local crime during the term of supervision.

> **Nature of Noncompliance:** On March 13, 2018, Reyes-Montoya was deported to Mexico. Subsequently, on May 23, 2018 , Reyes-Montoya, an alien, who had been previously arrested and deported from the United States and who had not received the consent of the authority of the United States to reapply for admission into the United States, was found in the United States.  On May 23, 2018 , a United States Border Patrol agent encountered and arrested Reyes-Montoya near Roma,Texas, located in the Southern District of Texas.  Subsequently, a criminal complaint was filed and Reyes-Montoya was charged in the Southern District of Texas with 8 U.S.C. § 1325(a)(1).  On May 25, 2018, Reyes-Montoya pled guilty to violation 8 U.S.C. § 1325(a)(1) and he was sentenced to 45 days custody under Dkt. No. 7:18-po-04578.

Juan Martin   Reyes-Montoya
Docket No. EP-18-CR-00319DB(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 2

**Violation Number 2:** If ordered deported from the United States, the defendant must remain outside the United States. If the defendant re-enters the United States, he or she must report to the nearest probation office within 72 hours of his or her return. If released from confinement or not deported, the defendant must report to the nearest probation office within 72 hours.

**Nature of Noncompliance:** On March 13, 2018, Reyes-Montoya was deported to Mexico. Subsequently, on May 23, 2018 , Reyes-Montoya, an alien, who had been previously arrested and deported from the United States and who had not received the consent of the authority of the United States to reapply for admission into the United States, was found in the United States. On May 23, 2018 , a United States Border Patrol agent encountered and arrested Reyes-Montoya near Roma,Texas, located in the Southern District of Texas. Subsequently, a criminal complaint was filed and Reyes-Montoya was charged in the Southern District of Texas with 8 U.S.C. § 1325(a)(1

**U.S. Probation Officer Recommendation:**

The term of supervision should be

       [X]  revoked.

       [ ]  extended for _____ years, for a total term of _____ years.

       [ ]  the conditions of supervision should be modified as follows:

Respectfully submitted,                         Approved by,

Maricela Seward                           Enrique Lopez, Jr.
Senior U.S. Probation Officer              Supervising U.S. Probation Officer
Office (915) 585-6569                     Office (915) 585-6554
Cellular (915) 861-8768                  Cellular (915) 861-8982
Date: June 14, 2018

Juan Martin Reyes-Montoya
Docket No. EP-18-CR-00319DB(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 3

**THE COURT ORDERS:**

[ ] No action.

[✔] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

_____
David Briones, Senior U.S. District Judge

_____6·22-2018_____
Date

Rolo: to be held in El Paso Div.